Stern v Golub Corp. (2023 NY Slip Op 00514)

Stern v Golub Corp.

2023 NY Slip Op 00514

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

12 CA 22-01254

[*1]ROBERT STERN, PLAINTIFF-APPELLANT,
v
GOLUB CORPORATION, PRICE CHOPPER OPERATING CO., INC., GOLUB CORP., DOING BUSINESS AS PRICE CHOPPER (STORE #172), AND JOHN L. BETSEY, DEFENDANTS-RESPONDENTS. 

ROBERT STERN, PLAINTIFF-APPELLANT PRO SE. 
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (DAVID M. KATZ OF COUNSEL), FOR DEFENDANTS-RESPONDENTS GOLUB CORPORATION, PRICE CHOPPER OPERATING CO., INC., AND GOLUB CORP., DOING BUSINESS AS PRICE CHOPPER (STORE #172). 
JOHN L. BETSEY, DEFENDANT-RESPONDENT PRO SE. 

 Appeal from an order of the Supreme Court, Onondaga County (Gerard J. Neri, J.), entered February 3, 2022. The order granted the motion of defendants Golub Corporation, Price Chopper Operating Co., Inc., and Golub Corp., doing business as Price Chopper (Store #172) for summary judgment, granted the motion of defendant John L. Betsey for summary judgment and denied the cross motion of plaintiff for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court